**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendant John H. Staub*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| AMBER RAE KINGSLEY and WARREN TODD MASON, | Case No.: 3:24-cv-00202-ART-CSD |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| CARSON HAMANN, individually and as supervising broker and manager of CARSON PROPERTY MANAGEMENT, LLC, dba Bobcat Property Management; JOHN H. STAUB, individually, and as Trustee of the John H. and Judy M. Staub Family Trust, | |
| Defendants. | |

Defendant John H. Staub hereby substitutes the law firm of Barron & Pruitt, LLP as his attorneys of record in place and instead of Clayton P. Brust, Esq., Russell J. Carr, Esq., and the law firm of Robison, Sharp, Sullivan & Brust in the above-captioned matter.

DATED this 20th day of August, 2024.

_____
JOHN H. STAUB

///
///
///
///
///

1

Clayton P. Brust, Esq., Russell J. Carr, Esq., and the law firm of Robison, Sharp, Sullivan & Brust hereby agree and consent to the substitution of the law offices of Barron & Pruitt, LLP as the attorneys of record for Defendant John H. Staub in the above-captioned matter.

DATED this 20th day of August, 2024.

ROBISON, SHARP, SULLIVAN & BRUST

*/s/ Clayton Brust*
_____
Clayton P. Brust, Esq.
Nevada Bar No. 5234
Russell James Carr, Esq.
Nevada Bar No. 15191
71 Washington Street
Reno, Nevada 89503

The law offices of Barron & Pruitt, LLP hereby accept substitution as attorney of record for Defendant John H. Staub in the above-captioned matter.

DATED this 20th day of August, 2024

BARRON & PRUITT, LLP

*/s/ William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant John H. Staub*

IT IS SO ORDERED.

DATED: August 21, 2024.

_____
Craig S. Denney
United States Magistrate Judge