# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMBER RAE KINGSLEY and WARREN TODD MASON,

Plaintiffs,

v.

CARSON HAMANN, individually and as supervising broker and manager of CARSON PROPERTY MANAGEMENT, LLC, dba Bobcat Property Management; JOHN H. STAUB, individually, and as Trustee of the John H. and Judy M. Staub Family Trust,

Defendants.

Case No. 3:24-cv-00202-ART-CSD

**ORDER** VACATING JUDGMENT AND DISMISSING ACTION

Based on the joint motion and stipulation of the parties, and good cause appearing, therefor, IT IS HEREBY ORDERED:

1. That the January 10, 2025, Judgment entered in this action [ECF 32] is vacated; and

2. That this action is dismissed with prejudice pursuant to the mutual release and settlement payment by Defendants with each party to bear their own costs and attorneys' fees.

DATED: February 12, 2025

Anne R. Traum
United States District Judge

GORDON REES SCULLY
MANSUKHANI, LLP
Attorneys at Law
Reno